In the Matter of the Application of ARTHUR WEED, as Executor of BENJAMIN WEED, Deceased, Appellant, for a Peremptory Writ of Mandamus against WILLIAM D. DICKEY et al., as Commissioners, Constituting the Change of Grade Damage Commission, Respondents.

*Matter of Weed* v. *Dickey*, 163 App. Div. 957, affirmed.
(Argued January 6, 1915; decided January 26, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to hear and determine the claim of the petitioner for damages to his real property arising from certain changes of grade.

*Barclay E. V. McCarty, William H. Snowden* and *Clarence J. Hand* for appellant.

*Frank L. Polk, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on the authority of *Matter of Varian* (206 N. Y. 660).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.